UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY FERNANDEZ,<br><br>           Petitioner,<br><br>v.<br><br>CHUCKAWALLA VALLEY STATE PRISON, et al.<br><br>           Respondent. | Case No. CV 06-0096-PSG (JCR)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

      IT IS ORDERED that Judgment be entered denying the Petition filed herein and dismissing this action with prejudice.

      IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Petitioner and counsel for Respondent.

DATED: 1/23/08

PHILIP S. GUTIERREZ
United States District Judge