JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY FERNANDEZ,<br><br>        Petitioner,<br><br>  v.<br><br>CHUCKAWALLA VALLEY STATE PRISON, et al.,<br><br>        Respondent. | Case No. CV 06-0096-PSG (JCR)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 1/23/08

PHILIP S. GUTIERREZ
United States District Judge